# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0481
LT Case No. 2009-CF-007781-AX

_____

ANDRE M. BONNER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 appeal from the Circuit Court for Duval County.
Kevin Blazs, Judge.

Andre M. Bonner, Crawfordville, pro se.

Ashley Moody, Attorney General and Julian Markham, Assistant
Attorney General, Tallahassee, for Appellee.

September 12, 2023


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____